STATE of Missouri, Respondent,

v.

James B. CRISMON, Appellant.

No. 67976.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 7, 1996.

Charles M. Shaw, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Penney R. Rector, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GRIMM and AHRENS, JJ.

*ORDER*

PER CURIAM.

Defendant James Crismon appeals the judgment entered upon his convictions by a jury for two counts of possession of a vehicle with a defaced vehicle identification number, § 301.390, RSMo 1994. He was sentenced, in accordance with the jury's assessment, to two consecutive one year terms of imprisonment and two $5,000 fines.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, set-

ting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).